UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

- - - - - - - - - - - - - - -

FILED - GR
December 30, 2010 2:51 PM
TRACEY CORDES, CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
By elc/_____ Scanned By___

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | No. | **1:10-cr-393** |
| Plaintiff, | Hon. | **Robert Holmes Bell** **U.S. District Judge** |
| vs. | | |
| AHLAM M. MOHSEN and MAX B. KANTAR, | | **INDICTMENT** |
| Defendants. | | |

_____/

The Grand Jury charges:

### COUNT 1
(Forcible Assault on Federal Officer)

On August 16, 2010, in Big Rapids, Mecosta County, in the Southern Division of the Western District of Michigan, the Defendants,

AHLAM M. MOHSEN and
MAX B. KANTAR,

forcibly assaulted, and did aid and abet one another in assaulting, in a manner that involved physical contact with the victim, United States Senator Carl Levin, a Federal officer, while that officer was engaged in, and on account of, the performance of official duties.

18 U.S.C. § 111(a)(1)
18 U.S.C. § 1114
18 U.S.C. § 2

## COUNT 2
(Assault on Member of Congress)

On August 16, 2010, in Big Rapids, Mecosta County, in the Southern Division of the Western District of Michigan, the Defendants,

AHLAM M. MOHSEN and
MAX B. KANTAR,

did assault, and did aid and abet one another in assaulting, United States Senator Carl Levin, a Member of Congress.

18 U.S.C. § 351(e)
18 U.S.C. § 2

A TRUE BILL

_____
GRAND JURY FOREPERSON

DONALD A. DAVIS
United States Attorney

_____
HAGEN WALTER FRANK
Assistant United States Attorney